■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGULO HERNANDEZ, Appellant

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.